**Order filed May 7, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00223-CV

_____

### SMART CALL LLC, Appellant

### V.

### GENIO MOBILE, INC, Appellee

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2010-25504**

## ORDER

The record in this accelerated appeal was due on or before March 25, 2013. The record was not filed. On April 2, 2013, the court issued a notice that the record was past due. The Harris County District Clerk advised this court that appellant had not paid for preparation of the record. On April 10, 2013, the court notified appellant that the appeal was subject to dismissal unless appellant provided proof of payment for the clerk's record by April 25, 2013. _See_ Tex. R. App. P. 37.3(b). No response was filed.

Accordingly, we **ORDER** appellant to provide this court with proof of payment for preparation of the clerk's record and see that the record is filed in this appeal on or before **May 20, 2013.** If appellant does not comply with this order, the appeal will be dismissed.

PER CURIAM